# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1962, A14A1963, A14A1964, A14A1965.   JOSEPH  R.  NEAL,  JR.  v.
ALLYSON C. HIBBARD.**

Joseph R. Neal, Jr. and Allyson C. Hibbard were divorced in 2000.  The final divorce decree provided that the parties would share joint custody of their son and that Neal would pay child support to Hibbard.  In 2012, Hibbard filed an action to modify custody and child support, and Neal counterclaimed for custody and contempt.  The trial court entered a final custody order, temporary child support order, and final order modifying child support.  In Case No. A14A1962, Neal appeals the final custody order.  In Case No. A14A1963, he filed "Father's Reinstatement of Previously Filed Notice of Appeal of Final Order Modifying Custody."  In Case No. A14A1964, Neal appeals the temporary child support order.  And in Case No. A14A1965, he appeals the final child support order.

Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006). Because Neal's appeals of the child support orders fall within the Supreme Court's jurisdiction, Case Nos. A14A964 and A14A1965 are hereby TRANSFERRED to the Supreme Court for resolution.  And because the child custody appeals arise from the same action, Case Nos. A14A1962 and A14A1963 are likewise TRANSFERRED to the Supreme Court for resolution.  See *Williams v. Williams*, __ Ga. __ (757 SE2d 859)

(Case Nos. S14A0510 & S14A0512, decided April 22, 2014) (resolving both custody and child support issues in single appeal).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/10/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*